**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER V. DATES, | Case No. CV 08-8488-VBF (JWJ) |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| STEVE COOLEY, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus without prejudice as unexhausted.

///

///

///

///

1       IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2 of this Order and the Judgment of this date on petitioner.

4 DATED: August 28, 2009

*Valerie Baker Fairbank*
_____
VALERIE B. FAIRBANK
United States District Judge