UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER V. DATES,<br>   Petitioner,<br> vs.<br>STEVE COOLEY,<br>   Respondent. | Case No. CV 08-8488-VBF (JWJ)<br><br>JUDGMENT |

  Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

  IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus be dismissed without prejudice as unexhausted.

DATED: August 28, 2009

              *Valerie Baker Fairbank*
              _____
              VALERIE B. FAIRBANK
              United States District Judge